IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARIO SANTIAGO,

           Plaintiff,

v.

CONNECTIONS COMMUNITY
SUPPORT PROGRAMS, INC.,

           Defendant.

Case No. 1:21-cv-00179-CFC

**TRIAL BY JURY DEMANDED**

**[PROPOSED] ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

Upon consideration of the Motion to Withdraw as Counsel (the "Motion"),

IT IS HEREBY ORDERED THIS 16th day of November, 2023, that:

1. The Motion is granted; and

2. Buchanan Ingersoll & Rooney P.C., Geoffrey G. Grivner, and Kody M. Sparks are removed as counsel of record for Defendants in this action.

_____
The Honorable Colm F. Connolly